**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**3:15CR166 -FDW**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| **ISADORE JOHNSON**, | ) | |
| | ) | |
| **Defendant** | ) | |

This **MATTER** is before the Court on its own Motion to administratively close the case as to

**ISADORE JOHNSON**. The defendant appears to remain a fugitive with no activity taking place

in this case in recent times.

It is, therefore, **ORDERED** that this case be deemed closed for administrative purposes only,

subject to re-opening upon the apprehension or appearance of the defendant.

Signed: April 1, 2016

Frank D. Whitney
Chief United States District Judge