# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL NO. 3:15-CR-166-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ISADORE JOHNSON, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Unopposed Motion for Extension to File Objections" (document #28) filed September 20, 2016.

After conferring with the chambers of the Honorable Frank D. Whitney, it is hereby **ORDERED** that the Motion is **GRANTED.**

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED.**

Signed: September 21, 2016

David S. Cayer
United States Magistrate Judge